## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

MARK A. PENDERGRAFT,       )
                                 )
        Plaintiff,          )
                                 )
v.                            )      Case No. CIV-24-1000-D
                                 )
DAVID STEINER, Postmaster General, )
*et al.*,                            )
                                 )
        Defendants.      )

## <u>ORDER</u>

Before the Court is Plaintiff's Motion to Stay Proceedings Pending Resolution of His Opposition to Government's Notice of Substitution Pursuant to 28 U.S.C. § 2679(d)(1) [Doc. No. 48].

Plaintiff brought this action against the Postmaster General and two individual employees of the United States Postal Service, Derren Giles-Bey and Summer Hyde-Swaim, in their individual and official capacities [Doc. No. 15, Amended Complaint].

On August 6, 2025, the United States filed a Notice Pursuant to 28 U.S.C. § 2679(d)(1) [Doc. No. 41], certifying that Defendants Giles-Bey and Hyde-Swaim were at all times acting within the scope of their employment with USPS, and thus the United States should be substituted as the proper party defendant with respect to Count 7 of Plaintiff's Amended Complaint. *See* 28 U.S.C. § 2679(d)(1) ("Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim … shall be deemed an action against the United

1

States …, and the United States shall be substituted as the party defendant."). On the same day, Defendants Giles-Bey and Hyde-Swaim filed Motions to Dismiss [Doc. Nos. 43, 44].

Plaintiff has filed responses in opposition to the United States' notice and the motions to dismiss [Doc. Nos. 45, 47]. Although Plaintiff requests a "stay of proceedings" in the present motion, Plaintiff is actually requesting that the Court consider his opposition to the United States' notice in conjunction with Plaintiff's opposition to the individual defendants' motions to dismiss, and the Court will do so. Accordingly, Plaintiff's "Motion to Stay Proceedings Pending Resolution of His Opposition to Government's Notice of Substitution Pursuant to 28 U.S.C. § 2679(d)(1)" [Doc. No. 48] is **DENIED** as **MOOT**.

**IT IS SO ORDERED** this 2nd day of September, 2025.

 

 

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge